FILED
RICHARD W. NAGEL
CLERK OF COURT
6/2/21
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-cr-65 |
| Plaintiff, | JUDGE Sharon L. Ovington |
| vs. | INFORMATION |
| YVETTE LEWIS, | 18 U. S. C. § 641 |
| Defendant. | (MISDEMEANOR) |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

From in or about July 2018, and continuing through in or about October 2020, in the Southern District of Ohio, the defendant, **YVETTE LEWIS**, did knowingly and willfully embezzle, steal, purloin, and convert to her own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof, namely, Social Security benefits.

**In violation of 18 U.S.C. § 641.**

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

_____
**TIMOTHY LANDRY (MA 669554)**
**SPECIAL ASSISTANT U.S. ATTORNEY**